```
                                                        E-FILED 06/07/10
                                                        JS-6
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION, | Case No. CV-08-07259 PSG (Ex) |
| Plaintiff, | Hon. Philip S. Gutierrez |
| v. | **[~~PROPOSED~~] JUDGMENT**<br>`NUNC PRO TUNC` |
| GASPROM INC., and DOES 1 through 50, inclusive, | |
| Defendants. | Trial Date:  March 9, 2010<br>Time:        9:30 a.m.<br>Ctrm:        790 |
| AND RELATED COUNTERCLAIM. | |

[PROPOSED] JUDGMENT

LEGAL02/31808026v1

1  Following the Court's having previously granted Plaintiff ExxonMobil Oil Corporation's ("ExxonMobil") motion for summary judgment to dismiss Defendant Gasprom Inc.'s ('Gasprom") counterclaim, this civil action came on regularly for trial to the Court, a jury having been waived, the issues were duly tried, a decision was rendered and Findings of Fact and Conclusions of Law were made.

It is now Ordered and Adjudged as follows:

1. ExxonMobil shall recover from Gasprom compensatory damages in the sum of $3,700;

2. Gasprom is permanently enjoined from doing any or all of the following:

   a. proceeding further in any way with its renovation project at the service station located at 3995 E. Thousand Oaks Boulevard, Westlake, Village, California ("Marketing Premises") as contemplated by Minor Modification Permit No. SUP 2007-70257;

   b. removing, remodeling, relocating, altering or modifying any improvements or equipment owned by ExxonMobil and located at the Marketing Premises without ExxonMobil's prior written approval; and

   c. conspiring or collaborating with any other person to undertake any act proscribed in subsections 2 (a) and 2 (b) above;

3. Gasprom's counterclaim shall be dismissed in its entirety on the merits with prejudice;

4. ExxonMobil is entitled to recover its costs of suit from Gasprom, in the amount of $8,963.25; ~~and~~,

///
///
///
///
///

1
[PROPOSED] JUDGMENT

**Error! Unknown document property name.**

     5.    ExxonMobil is entitled to recover from Gasprom its reasonable attorneys fees and expenses from Gasprom in the sum of $ 297,991.50;           .

     6.    Nunc pro tunc to 03/26/10.

Dated: 06/07/10

                        Phillip S. Gutierrez
                        United States District Judge

Submitted by:

Dated: March 24, 2010     JOHN M. ROCHEFORT
                                  MARTHA S. DOTY
                                  **ALSTON & BIRD LLP**

                                  CRAIG J. WHITNEY
                                  **EXXON MOBIL CORPORATION**

                                  **/s/ John M. Rochefort**
                                  John M. Rochefort
                                  Attorneys for Plaintiff/Counterdefendant
                                  EXXONMOBIL OIL CORPORATION

[PROPOSED] JUDGMENT

LEGAL02/31808026v1